**T.J. Edward WILSON, Jr.,
Plaintiff–Appellee,**

v.

**Gilbert CORREA, individually,
Defendant–Appellant.**

No. 09–12660.

United States Court of Appeals,
Eleventh Circuit.

June 25, 2010.

Hugh L. Koerner, Hollywood, FL, for Plaintiff–Appellee.

Michael Brian Nadler, Oren Rosenthal, Craig Edward Leen, Dade County Attorney's Office, Miami, FL, for Defendant–Appellant.

Before BLACK, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

T.J. Edward Wilson sued Detective Gilbert Correa pursuant to 42 U.S.C. § 1983, alleging Correa violated Wilson's Fourth Amendment rights. Correa moved to dismiss Wilson's complaint on the basis of qualified immunity, and the district court denied Correa's motion. Correa appeals, arguing that he is entitled to qualified immunity.

The district court found that, "[a]t the motion to dismiss stage, Wilson has sufficiently pled facts to defeat the officers' arguable reasonable suspicion...." This Court agrees. After considering the parties' briefs and having had the benefit of oral argument, the district court's order is affirmed.

**AFFIRMED.**